UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>  )<br> Plaintiff )<br>  )<br>  )<br> vs. )<br>  )<br> HUMBERTO MEDINA-PARTIDA )<br>  )<br> Defendant(s) )<br>  ) | CRIMINAL NO. 08CR2041-BTM<br> 08mj1747<br><br>ORDER<br><br>RELEASING MATERIAL WITNESS<br><br>Booking No. |

On order of the United States District/Magistrate Judge, **Leo S. Papas**

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody: (Bond Posted / Case Disposed / **Order of Court**).

SEBASTIAN LUNA - LUNEZ

DATED: 6/19/8

RECEIVED _____ DUSM

**Leo S. Papas**
_____
UNITED STATES DISTRICT/MAGISTRATE JUDGE

OR

W. SAMUEL HAMRICK, JR.  Clerk
by _____
Deputy Clerk
**J. JARABEK**

CLERK'S OFFICE COPY
mc500 Crim-25 rev. 8-95

☆ U.S. GPO: 2003-581-774/70062